*UNITED STATES DISTRICT COURT*

## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 28 AM 11: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

**MABELEAN CARSON**

**v.**

**ST. FRANCIS HOSPITAL**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-2287-D**

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Granting Joint Motion To Dismiss And Referring Claims To Binding Arbitration entered on April 6, 2005, this cause is hereby dismissed.

**APPROVED:**

**BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT**

**Date**  July 28, 2005

**THOMAS M. GOULD**

Clerk of Court

**(By)  Deputy Clerk**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  8-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02287 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Michael D. Fitzgerald
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Mabelean Carson
1478 N. Hollywood St.
Memphis, TN 38108

Honorable Bernice Donald
US DISTRICT COURT